

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VELVETT NAHOMI CASTELLANOS-ABADILLO,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>                              Respondents. | Case No.:  3:26-cv-03621-CAB-AHG<br><br>**ORDER GRANTING A WRIT OF HABEAS CORPUS** |

Pending before the Court is Petitioner Velvett Nahomi Castellanos-Abadillo's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner, a Guatemalan native, alleges that she entered the United States in 2023, was detained by Immigration and Customs Enforcement ("ICE"), and was released under parole. [*Id.* at 5.] Petitioner was re-detained without notice by ICE in January 2026. [*See id.*] Petitioner claims that her detention violates the Fifth Amendment, Rehabilitation Act, and Administrative Procedure Act and seeks immediate release. [*Id.* at 22–27.]

Respondents do not contest any of Petitioner's asserted facts. [*See* Doc. No. 4.] Nor do Respondents make any legal arguments against Petitioner's claims that her detention violates the Due Process Clause of the Fifth Amendment. [*See id.*; *see also* Petition at 22–

24.] Instead, the government "does not oppose the petition and defers to the Court on the appropriate relief." [Doc. No. 4 at 3–4.]

In light of Petitioner's unrefuted facts and legal claim under the Fifth Amendment, the Court **GRANTS** the writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET, Doc. No. 5 (S.D. Cal. Feb 19, 2026). The Court therefore **ORDERS** Respondents to immediately release Petitioner under the same conditions of release that existed immediately prior to her January 2026 re-detention. The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  June 30, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

2

3:26-cv-03621-CAB-AHG